UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
WAYDE NEBLETT,

        Plaintiff,

-against-

CHASE BANK,

        Defendant.
------------------------------------------------------------------x

Index No.
CV-056415-09/NY

**RULE 7.1 DISCLOSURE**

    Pursuant to Federal Rule of Civil Procedure 7.1, defendant Chase Bank USA, N.A., s/h/a Chase Bank ("Chase"), by its attorneys, Stagg, Terenzi, Confusione & Wabnik, LLP, discloses and identifies its parent corporation, JPMorgan Chase & Co., which is a publicly traded corporation whose stock trades under the symbol "JPM". Chase Bank USA, N.A. is a wholly-owned subsidiary of JPMorgan Chase & Co.

Dated: Garden City, New York
       December 29, 2009

                                    Yours, etc.,

                                    Stagg, Terenzi, Confusione & Wabnik, LLP

                                    BY: _____
                                         Jonathan M. Bernstein (jb-1033)
                                   Attorneys for Defendant
                                   Chase Bank USA, N.A.,
                                   s/h/a Chase Bank
                                   **Office & P.O. Address:**
                                   401 Franklin Avenue, Suite 300
                                   Garden City, New York 11530
                                   (516) 812-4500

TO:    Wayde Neblett
        Plaintiff *Pro Se*
        342 Beach 48th Street
        Far Rockaway, New York 11691